FILED

APR 20 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  BRANCART & BRANCART
    Christopher Brancart (SBN 128475)
2   cbrancart@brancart.com
    Elizabeth Brancart (SBN 122092)
3   ebrancart@brancart.com
    Post Office Box 686
4   Pescadero, CA 94060
    Tel:  (650) 879-0141
5   Fax:  (650) 879-1103

6  Attorneys for Plaintiffs

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF CENTRAL CALIFORNIA, a California Not for Profit Corporation; ANNA ARIAS; N.M., a minor, M.D., a minor and G.D., a minor, each by their guardian ad litem ANNA ARIAS; SHONDA GANT; J.J., a minor, J.J., a minor, and J.J., a minor, each by their guardian ad litem SHONDA GANT; LATISHA WOODS; J.W., a minor, L.M., a minor, L.M. a minor, J.M., a minor, and T.T., a minor, each by their guardian ad litem LATISHA WOODS,<br><br>Plaintiffs,<br><br>vs.<br><br>EPHESIANS MANAGEMENT & HOLDING, LLC; JOE H. LEE; and MICHELE MESTA,<br><br>Defendants. | Case No. 1:09-CV-00682-AWI-DLB<br><br>PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR MINOR PLAINTIFFS (GANT FAMILY); [PROPOSED] ORDER |

1.  Petitioner is the biological mother of the following minor children who have been named as plaintiffs in this action: J.J. (DOB xx-xx-99), J.J. (DOB xx-xx-04), and J.J. (DOB xx-xx-03).

2. Petitioner is the custodial parent of the minor plaintiffs. No previous petition for appointment of a guardian ad litem has been filed in this action.

3. Petitioner is competent and willing to act as guardian ad litem for her minor children.

WHEREFORE, petitioner prays that she be appointed as guardian ad litem for her minor children in this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 14, 2009.

*Shonda Gant*, Petitioner

* * * * *

[~~PROPOSED~~] ORDER

The Court having considered this petition and good cause appearing therefor, IT IS ORDERED that Shonda Gant is hereby appointed guardian ad litem for petitioner's minor children J.J. (DOB xx-xx-99), J.J. (DOB xx-xx-04), and J.J. (DOB xx-xx-03), who have been named as plaintiffs in this action.

Dated: April 27, 2009.

United States District Judge

-2-