# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF CENTRAL CALIFORNIA, et al., <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br>EPHESIANS MANAGEMENT &, HOLDING, LLC, et al. <br>　　　　　Defendants. | ) 1:09cv0682 AWI DLB <br> ) <br> ) <br> ) ORDER ADOPTING FINDINGS AND <br> ) RECOMMENDATIONS REGARDING <br> ) MOTION FOR APPROVAL <br> ) OF MINORS' COMPROMISE <br> ) <br> ) (Document 35) <br> ) <br> ) <br> ) |

　　　On March 24, 2010, the Magistrate Judge issued Findings and Recommendations that Plaintiffs' Request for Approval of Minors' Compromise be GRANTED. These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within fourteen (14) days of the date of service of the order. No objections have been filed.

　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1.　　The Findings and Recommendations issued March 24, 2010, are ADOPTED;

　　　2.　　Plaintiffs' Request for Approval of Minors' Compromise is GRANTED;

3. The Proposed Consent Decree, setting forth the terms of the settlement and requesting that the Court retain jurisdiction for a two-year period to ensure enforcement of the equitable relief, be ISSUED; and

4. The total amount of the settlement, $72,000, shall be distributed as follows:

    a. Attorneys' fees and costs in the total amount of $27,800 to Brancart & Brancart;

    b. The Arias Family's share of $11,400 to Plaintiff Anna Arias; the Gant Family's share of $11,400 to Plaintiff Shonda Gant; and the Woods Family's share of $11,400 to Plaintiff LaTisha Woods; and

    c. Plaintiff Fair Housing Council of Central California's share of $10,000 shall be distributed directly to the entity.

IT IS SO ORDERED.

**Dated:   April 16, 2010**　　　　　　　　　　 /s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　　　 CHIEF UNITED STATES DISTRICT JUDGE