BRANCART & BRANCART
Christopher Brancart (SBN 128475)
cbrancart@brancart.com
Elizabeth Brancart (SBN 122092)
ebrancart@brancart.com
Post Office Box 686
Pescadero, CA 94060
Tel:   (650) 879-0141
Fax:   (650) 879-1103

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF CENTRAL CALIFORNIA, a California Not for Profit Corporation; ANNA ARIAS; N.M., a minor, M.D., a minor and G.D., a minor, each by their guardian ad litem ANNA ARIAS; SHONDA GANT; J.J., a minor, J.J., a minor, and J.J., a minor, each by their guardian ad litem SHONDA GANT; LATISHA WOODS; J.W., a minor, L.M., a minor, L.M. a minor, J.M., a minor, and T.T., a minor, each by their guardian ad litem LATISHA WOODS,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>EPHESIANS MANAGEMENT & HOLDING, LLC; JOE H. LEE; and MICHELE MESTA,<br><br>　　　　Defendants. | Case No. 1:09-CV-00682-AWI-DLB<br><br>**JOINT APPLICATION AND STIPULATION RE DISMISSAL OF ACTION; ORDER** |

　　　The parties hereby apply for and stipulate to issuance of an order dismissing this action. The Court shall retain jurisdiction for purposes of enforcement of the terms of the consent decree.

So stipulated.

BRANCART & BRANCART

Dated:   June 2, 2011.

/s/ Christopher Brancart

Christopher Brancart
Attorneys for Plaintiff

COOPER & COOPER

Dated:   June 2, 2011.

/s/ Joseph Cooper

Joseph Cooper
Attorneys for Defendants

**ORDER**

Based upon the foregoing application and stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED that this action is dismissed. The Court shall retain jurisdiction for purposes of enforcement of the terms of the consent decree.

IT IS SO ORDERED.

Dated:   July 8, 2011

CHIEF UNITED STATES DISTRICT JUDGE